**E-FILED on**    8/16/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MERU NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> EXTRICOM LTD., <br><br> Defendant. | No. C-10-2021 RMW <br><br> ORDER DENYING MOTION TO SEAL <br><br> **[Re Docket No. 4]** |

    Defendant's administrative motion to seal (Docket No. 4) is denied. Defendant's request anticipated that plaintiff would consider certain information contained within the papers supporting defendant's motion to dismiss transfer or stay to be confidential. In response to the court's July 23, 2010 order, however, plaintiff has agreed that the information is not confidential and has stated that it has no objection to the public filing of the affected documents.

    Accordingly, defendant's administrative motion to seal is denied. Within four days, defendant shall file in the public record an unredacted copy of its memorandum of points and authorities (Docket No. 13) and the declaration and exhibits in support of the motion (Docket No. 17) in conformance with General Order No. 62 and Local Rule 79-5, or withdraw its motion.

DATED:    8/16/10

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

ORDER DENYING MOTION TO SEAL—No. C-10-2021 RMW
TER