**United States District Court**
For the Northern District of California

1

2

3

4                                                                **E-FILED on**    8/31/10

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                    SAN JOSE DIVISION

11

12    MERU NETWORKS, INC.,                          No. C-10-02021 RMW

13                 Plaintiff,

14           v.                                      JUDGMENT

15    EXTRICOM LTD.,

16                 Defendant.

17

18          On August 31, 2010, the court dismissed this action without prejudice.  Therefore, it is

19    hereby adjudged that plaintiff take nothing by way of its complaint and that judgment be entered in

20    favor of defendant.

21

22

23

24    DATED:        8/31/10

                                                    RONALD M. WHYTE
25                                                  United States District Judge

26

27

28

JUDGMENT—No. C-10-02021 RMW
CCL